Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

- - -

Tynisa Williams, Individually, )
and on Behalf of a Class of    )
Others Similarly Situated,     )
et al.,                        )
                               )
            Plaintiffs,        )
                               )
      vs.                      ) Case No. 1:09-CV-02991
                               ) Benita Pearson, J.
The City of Cleveland,         )
                               )
            Defendant.         )

- - -

Deposition of Tynisa Williams, one of the

Plaintiffs herein, called by the Defendant for oral

examination, pursuant to the Federal Rules of Civil

Procedure, taken before Mary Bolas-Dietz, Court

Reporter and Notary Public in and for the State of

Ohio, at City Hall, Department of Law, 601 Lakeside

Avenue, Room 106, Cleveland, Ohio 44114-1077, on

Monday, September 14, 2015, commencing at 10:53 a.m.

- - -

Page 2

1                              INDEX

2    WITNESS:                                   CROSS

3    Tynisa Williams

4         by Ms. Dinehart                       4/83

5         by Mr. Keach                          82

6                         - - -

7

8                      E X H I B I T S

9    Defendant's:                               Marked

10       Exhibit A                              33

11                         - - -

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   APPEARANCES:

 2    On behalf of the Plaintiffs:

 3        Beau D. Hollowell, Esq.
          Karon LLC
 4        700 W. St. Clair Avenue, Suite 200
          Cleveland, Ohio 44113
 5        216-999-7576
          bhollowell@karonllc.com
 6
             and
 7
          Elmer Robert Keach, III, Esq. (Via Telephone)
 8        Law Office of Elmer Robert Keach, III, P.C.
          1040 Riverfront Center
 9        P.O. Box 70
          Amsterdam, NY 12010
10        518-434-1718

11

12    On behalf of the Defendant, City of Cleveland:

13        Jillian L. Dinehart, Esq.
          Assistant Director of Law
14        Department of Law
          601 Lakeside Avenue, Room 106
15        Cleveland, Ohio 44114-1077
          216-664-3559
16        jdinehart@city.cleveland.oh.us

17                              - - -

18

19

20

21

22

23

24

25
```

1                    TYNISA WILLIAMS,

2    of lawful age, being first duly sworn, as hereinafter

3    certified, was examined and testified as follows:

4                    CROSS-EXAMINATION

5    BY MS. DINEHART:

6    Q    Hi, Ms. Williams.  My name's Jillian Dinehart.

7         I introduced myself before the depo, but I am an

8         attorney for the City of Cleveland, assistant

9         director of law here.  I've been assigned to

10        this case to defend the City of Cleveland

11        against your claims.

12             Have you ever been deposed before?

13   A    No.

14   Q    There's a couple ground rules.  The first, I ask

15        you to speak up, because she's writing down

16        everything that we say.  Make sure you give oral

17        answers, so no uh-huhs, uh-uhs, because those

18        are hard to write down so yes or no.  I'll do my

19        best to try and remind you, because I know

20        that's common to speak that way and I'll

21        probably do the same thing, but I'll see what I

22        can do.

23             Also, we'll try and speak one at a time,

24        so let me finish my questions and I'll let you

25        finish your questions.  Again, we'll do our

1       best, but human nature gets in the way.

2           If you don't understand some of my

3       questions, because sometimes it takes me a

4       minute to work it all through my brain and get

5       it out through my mouth, let me know you don't

6       understand and I'll rephrase or repeat the

7       question or have the court reporter read it

8       back.

9           At any point if your attorney objects,

10      unless he tells you not to answer, you can still

11      answer the question.  That means I don't want to

12      know anything about conversations that you have

13      had with your attorneys in this matter; okay?

14          I think that just about covers the

15      instructions, so if you could please state your

16      full name for the record.

17  A   Tynisa Williams.

18  Q   Can you spell your first name please?

19  A   T-y-n-i-s-a.

20  Q   Have you ever gone by any other name?

21  A   Never.

22  Q   Any other spelling of your name?

23  A   Yes.

24  Q   Can you go --

25  A   T-y-n-i-s-h-a.

 1   Q     And how did that happen that you have a
 2         different spelling?
 3   A     I'm not for sure.  They just usually throw the h
 4         in there.
 5   Q     Okay.  So on any official document with your
 6         name would be h?
 7   A     Not legally mine.
 8   Q     Okay.  But through typos through --
 9   A     Yes.
10   Q     -- government records that has happened?
11   A     Yes.
12   Q     But legally, your name is T-y-n-i-s-a?
13   A     Yes.
14   Q     Do you use a middle name?
15   A     Yes.
16   Q     What's your middle name?
17   A     Ya-keena, Y-a---k-e-e-n-a.
18   Q     K-a-e-n-a.
19   A     K-e-e-n-a.
20   Q     Thank you.  And your date of birth?
21   A     ████████████
22   Q     Are you married, Ms. Williams?
23   A     No.
24               MS. DINEHART:       And off the
25         record for a second.

Page 7

1                    (Social security number was given off

2          the record.)

3                    MS. DINEHART:          Back on the

4          record.

5    By Ms. Dinehart:

6    Q     Ms. Williams, what's your current address?

7    A     ████████████████████████████████████████

8    Q     How long have you lived at that address?

9    A     This is September, three months.

10   Q     Three months.  Where did you live before that?

11   A     ████████████████████████████████████████

12   Q     I jumped ahead for a second, but so if you've

13         lived there three months, then you moved in

14         June?

15   A     Yes.

16   Q     And how long did you live at the ████████

17         address?

18   A     Four years.

19   Q     Four years?

20   A     Yes.

21   Q     So since 2011?

22   A     Yes.

23   Q     And what was your address before that, if you

24         remember?

25   A     ██████████████████

1    Q    Is that still Cleveland?

2    A    Yes, 44109.

3    Q    How long did you live there?

4    A    Two and a half years.

5    Q    Okay.  Have you always been a Cleveland

6         resident?

7    A    No.

8    Q    When did you live outside of Cleveland?

9    A    I was a minor.  So probably from '96 until 2001.

10   Q    Were you out of state?

11   A    Yes.

12   Q    What state were you in?

13   A    Georgia.

14   Q    Any children?

15   A    Yes.

16   Q    How old are your kids?

17   A    I have one and he's eight.  Well, he'll be eight

18        on Saturday, I'm sorry.

19   Q    If he's eight, what year was he born?

20   A    2007.

21   Q    And I want to go over your job history a little

22        bit.  Are you currently working?

23   A    Yes, I am.

24   Q    Where are you working?

25   A    Broadway Care Center.

1    Q    Is that like a child care facility?

2    A    No, it's a nursing home.

3    Q    How long have you worked there?

4    A    This is September, so ten months.

5    Q    Ten months?

6    A    Yes.

7    Q    So do you need a special license to work there?

8    A    STNA.

9    Q    How long have you had your STNA?

10   A    Eight years.

11   Q    Where did you work before Broadway Care Center?

12   A    Royal Oaks -- no, I'm sorry, I'm at Royal Oaks

13        now too.

14   Q    Oh, you're at Royal Oaks?

15   A    Century Oaks.  Yes, I have two.

16   Q    So I'm going to step back for a second.  Since

17        you're at Royal Oaks now, where is Royal Oaks?

18   A    Middleburg Heights.

19   Q    Also a nursing home?

20   A    Yes.

21   Q    How long have you been there?

22   A    I just started there.

23   Q    Less than a month?

24   A    Yes.

25   Q    Before that, you were at Century Oaks?

1   A      Yes, and Rae-Ann.

2   Q      And Ray Inn?

3   A      Rae-Ann, R-a-e-A-n-n Care Center.

4   Q      Both of those in the Cleveland area?

5   A      Yes.

6   Q      So you've been working as a STNA for the last

7          eight years?

8   A      Yes.

9   Q      What did you do before you were a STNA?

10  A      I was a hab-aide for a year.

11  Q      What does that mean?

12  A      Just not a licensed STNA, like a caregiver.

13  Q      So like an in-home caregiver?

14  A      Uh-huh.

15  Q      Did you do that through a company?

16  A      Yes.

17  Q      Which company?

18  A      Aristocrat Berea on Front Street.

19  Q      Say that again.

20  A      Aristocrat Berea on Front Street.

21  Q      Before you were a hab-aide, what did you do?

22  A      Dietary.

23  Q      Dietary aide?

24  A      Yes.

25  Q      Also for Aristocrat Berea?

 1   A    No, different nursing homes.

 2   Q    Were you licensed at all to be a dietary aide?

 3   A    No.

 4   Q    Any schooling in being a dietary aide?

 5   A    No.

 6   Q    When were you a dietary aide?

 7   A    2002 to 2005.

 8   Q    And then from 2005 until 2007 or so, you were a

 9        hab-aide?

10   A    Yes.

11   Q    Did you go to school to get your STNA?

12   A    Yes.

13   Q    I'm going to step back before we get there and

14        ask where did you go to high school?

15   A    John Marshall.

16   Q    Did you graduate?

17   A    Yes, not from John Marshall.

18   Q    Where did you graduate from?

19   A    Cleveland Christian Academy.  It's a home

20        school.

21   Q    Home school, Cleveland Christian Academy.

22   A    Uh-huh.

23   Q    What year did you graduate?

24   A    2007.

25   Q    Did you go to college?

1    A    No.

2    Q    The STNA you went to school for you said;

3         correct?

4    A    Yes, it's not even a school, a class rather.

5    Q    Okay.  So you took classes though to become an

6         STNA?

7    A    Yes.

8    Q    Do you know who you took those classes through?

9    A    I don't remember.

10   Q    It's a licensing program though, correct, and

11        you have to take a test; is that right?

12   A    Yes.

13   Q    And you took that in 2007?

14   A    Yes, May 13th, 2007 I received my license.

15   Q    Have you ever been married?

16   A    No.

17   Q    Do you have any hobbies, anything you like to do

18        outside of work besides taking care of your son?

19   A    I read.

20   Q    You read?

21   A    Uh-huh.

22   Q    Anything else that you enjoy to do?

23   A    Spending time with my family.

24   Q    A lot of your family still live in Cleveland?

25   A    Yes.

Page 13

1    Q    You belong to a gym or anything like that?

2    A    No.

3    Q    Have you ever?

4    A    No.

5    Q    We're going to move into some things that are a

6         little less biographical and might be a little

7         more sensitive, so if you just need a second to

8         answer it, I totally understand.  But you need

9         to know that I'm not trying to purposely

10        personally be invasive.  It's just a matter of

11        the suit; okay?

12   A    Yes.

13   Q    Have you ever been treated for any kind of

14        psychological disorders?

15   A    No.

16   Q    Ever been treated for depression?

17   A    No.

18   Q    Or schizophrenia or bipolar disorders?

19   A    No.

20   Q    Have you ever met with a psychologist or

21        therapist of any kind?

22   A    No.

23   Q    Have you ever had lice?

24   A    No.

25   Q    Ever had scabies?

1   A   No.

2   Q   Any other type of what we'll consider kind of an

3       infestation type disease or condition?

4   A   No.

5   Q   Ever have bed bugs?

6   A   No.

7   Q   I understand from your history, which we'll go

8       through shortly, that you've been incarcerated a

9       few times; is that correct?

10  A   Yes.

11  Q   Ever had any medical complications during an

12      incarceration?

13  A   I was in a car accident and my knee was messed

14      up and my chin, but other than that, no.

15  Q   So in a car accident while you were in a

16      facility like during transport?

17  A   No, just a regular car accident and then a week

18      after, I was incarcerated.

19  Q   Okay.  I understand.  No allergic reactions or

20      anything though while you were incarcerated,

21      nothing that you ever went to see a nurse in a

22      jail facility before?

23  A   No.

24  Q   Do you have any allergies in general?

25  A   No.

```
                                                      Page 15
 1   Q      Any skin conditions?

 2   A      No.

 3   Q      You are making this easy.  I'm flying through

 4          this.  This is going to test your memory skills

 5          here for a minute, so I'm sorry, but can you

 6          recall how many times you've been incarcerated

 7          at the House of Corrections?

 8   A      Four.

 9   Q      Four times?

10   A      Yes.

11   Q      We're going to try and go through those four

12          times, dates and the reason why.  When was the

13          first time you were incarcerated at the House of

14          Corrections?

15   A      October 30th, 2009.

16   Q      That was the first time you ever spent any time

17          at House of Corrections?

18   A      Yes.

19   Q      And to your recollection, is that the period for

20          which this suit --

21   A      Yes.

22   Q      -- is involving?

23                 MR. HOLLOWELL:      Just let her

24          finish her question for Mary's sake.

25                 MS. DINEHART:      It's hard,
```

1           because you know exactly where I'm going with

2           it.

3   Q    Do you recall what you were incarcerated for?

4   A    A parking ticket for Rocky River.

5   Q    And to your understanding, why were you put into

6           the House of Corrections for a parking ticket in

7           Rocky River?

8   A    That I have no answer to.

9   Q    How long were you at House of Corrections that

10          time?

11   A    A few hours.

12   Q    And what was the second time you were at House

13          of Corrections?

14   A    September 21st, 2011.

15   Q    And what was that for?

16   A    Driving under suspension.

17   Q    How long were you in House of Corrections for?

18   A    Twenty (20) days.

19   Q    Just to be clear, you understand the facility I

20          mean when I say House of Corrections?

21   A    Yes.

22   Q    For the third period -- actually, I want to go

23          back.  When you were released on the October

24          30th, 2009, you said you were in there for a few

25          hours, what caused your release?

1   A      My bond was paid before I was even shipped to

2          the workhouse.

3   Q      Who paid your bond?

4   A      My mother.

5   Q      How much was your bond?

6   A      I'm going to say $257.

7   Q      That's a very specific guess.  Okay.  Then I'm

8          going to have the same question for September

9          21st.  You said you were in for 20 days and then

10         what caused your release?

11  A      Angela Stokes released me.

12  Q      The third time you were at House of Corrections?

13  A      March 8th.

14  Q      Of what year?

15  A      2012.

16  Q      And do you recall what you were incarcerated

17         for?

18  A      No.

19  Q      And do you recall how long you were?

20  A      Sixty (62) days.

21  Q      And do you recall what caused your release?

22  A      She released me.

23  Q      She being Angela Stokes again?

24  A      Yes.

25  Q      And the fourth time you were incarcerated?

1    A    I don't remember the exact date, but it was one

2         day last year.

3    Q    It was just for one day?

4    A    Yes.

5    Q    Do you remember why?

6    A    Probation violation.

7    Q    Were you on probation for one of these previous

8         offenses and that's what you violated and was it

9         something --

10   A    Yes.

11   Q    -- separate?

12   A    From the September 21st accident.

13   Q    Okay.  What caused the probation violation?

14   A    Not paying restitution.

15   Q    Was it restitution or was it a fine?

16   A    Restitution.

17   Q    Was there a car accident then involved?

18   A    Yes.

19   Q    That was the car accident you mentioned earlier?

20   A    No.

21   Q    Were you injured in that car accident?

22   A    No.

23   Q    And what occurred so that you were released for

24        that one day?

25   A    When she sentenced me, she told my mom if I was

1        to come back with the restitution fine, then she

2        would release me.

3   Q   So then did your mother pay your restitution?

4   A   Yes.

5   Q   Do you recall how much your restitution was?

6   A   600 and some dollars.

7   Q   In September of 2006 I see from your record,

8        which I accessed on-line, that you received a

9        ticket for maximum speed limit, assured clear

10       distance and that you were sentenced to a fine

11       of $50.  And when that fine wasn't paid, that

12       you were sent to the workhouse; do you recall

13       that?

14  A   No.

15  Q   To your recollection, you do not recall being

16       sent to the workhouse in 2007?

17  A   No.

18  Q   Do you know what facility I mean by the

19       workhouse?

20  A   Yes.

21  Q   Do you understand it's also to be the House of

22       Corrections?

23  A   Yes.

24  Q   So your understanding is you did not go to the

25       workhouse in 2007?

Page 20

1   A      No.

2   Q      I also see an offense date of 9/17/2008 which

3          was also traffic tickets for maximum speed,

4          assured clear distance and driver's seat belt in

5          which I see a report that you were found guilty

6          and charged a fine of $90.  And the docket

7          reads, "The defendant is ordered to be

8          imprisoned in the workhouse until a total of $90

9          fine plus Court costs are paid."

10              Do you recall if you were sent to the

11         workhouse or the House of Corrections on October

12         31st, 2008?

13  A      No.

14  Q      You do not recall or you were not?

15  A      I was not.

16  Q      Is it possible that in both of these cases that

17         perhaps you paid the fine?

18  A      Yes.

19  Q      Do you think that that is what happened?

20  A      Yes.

21  Q      Are you sure that that is what happened?

22  A      Yes.

23  Q      I saw a similar ticket for October 31st, 2008

24         which was the driving under suspension and I saw

25         on the docket that commitment papers were issued

Page 21

1       which means that you were sent to the workhouse

2       on April 5th, 2011; does that sound correct to

3       you?

4   A   No.

5   Q   Is it possible that you paid the fine for that

6       as well?

7   A   It's a possibility.  I can't recall.

8   Q   But you don't recall?

9           MR. HOLLOWELL:       Jillian, just to

10      be clear, you said 2008?

11          MS. DINEHART:       Yeah, and the

12      docket date on that one is 4/5/2011, but the

13      offense date was from 2008.

14          MR. HOLLOWELL:       Thank you.

15  Q   Have you been found guilty of driving under the

16      influence in 2011?

17  A   2011 that's where 9/21 came.

18  Q   That that's one?

19  A   Yes.

20  Q   And you spent a total of 20 days at that point;

21      correct?

22  A   Correct.

23  Q   Did you serve 20 days continuously or did you

24      come in and out of the facility?

25  A   Continuously.

 1   Q    Were you there due to a probation violation?

 2   A    Yes.

 3   Q    Do you remember what caused the probation

 4        violation?

 5   A    Driving under suspension.

 6   Q    Okay.  I see that on August 1st, 2011 you were

 7        issued a ticket for driving under suspension and

 8        I saw that you were sentenced to 147 days and

 9        you served 86 of those; does that sound correct

10        to you?

11   A    No.

12   Q    Could that have been what you're thinking of the

13        March 8th, 2012 with the 62 days?

14   A    And plus the 20.

15   Q    Plus the 20 for the -- okay.  Thank you.  Okay.

16        And lastly, I came across -- well, first let me

17        ask you:  Have you ever pled guilty to a felony?

18   A    Yes.

19   Q    Could you tell me about that?

20   A    Drug possession.

21   Q    Thank you.  Did you serve any jail time for that

22        case?

23   A    No.

24   Q    Are you still on probation for that case?

25   A    No.

 1    Q      Are you on community control sanctions of any
 2           kind for that case?
 3    A      No.
 4    Q      And when was that drug possession case?
 5    A      October 19th.
 6    Q      Of which year?
 7    A      '13 I'm going to say.  I'm not for sure.
 8    Q      But you say you are no longer on probation for
 9           that case?
10    A      No.
11    Q      February 15, 2013 I see another driving under
12           suspension.  Did you do any time in the House of
13           Corrections for that?
14    A      For what year?
15    Q      2013.
16    A      No, I was arrested May 8th -- yeah, March 8th of
17           2013 for that case.
18    Q      For this driving under suspension?
19    A      Uh-huh.  I'm sorry, yes.
20    Q      Okay.  And that was when you spent the 62 days;
21           correct?
22    A      Correct.
23    Q      And then I see March 1st, 2013 you're found
24           guilty of certain acts prohibited, which I don't
25           know what that contains, but I see that there

1          was some time spent in the House of Corrections;

2          is that correct?

3    A     Yes, you're correct.

4    Q     Is that the 2014 date you were thinking of?

5    A     They're all together, when I did the 62 days.

6    Q     All of these were merged together?

7    A     Yes.

8    Q     Okay.  So can you please tell me, describe for

9          me the intake procedure for your incarceration

10         on October 30th, 2009.  Just tell me everything

11         that you remember.

12   A     October 30th, I was pulled over on the side

13         having a conversation with somebody, so I was

14         illegally parked.  I was pulled over and they

15         told me that I was driving under suspension.

16              Then when my license was suspended, but it

17         came from a ticket for Rocky River for me not

18         showing up for Court, so I was arrested.  I was

19         took into the City.  I was given a phone call

20         and that's when I informed my mother that I had

21         a fine for Rocky River that needed to be paid.

22              I stayed the night in the City, talked to

23         my mom at 9:00 that morning.  My bond was

24         already paid.  I was just waiting to be

25         released.  Probably around 12 of the 31st, I was

Page 25

1           shipped to the workhouse.

2                I was held in the holding cell for three

3           hours, three to four hours.  I was took into the

4           back, was ordered to take off my clothes and get

5           into the shower.  After the shower, we was given

6           30 seconds to a minute to shower.  I was ordered

7           to get out the shower and was sprayed with the

8           delousing from the top of our head to the bottom

9           of our feet and was dressed then, was took to

10          the back and then I was released five minutes

11          later.

12     Q    I'm going to start breaking that down with all

13          the questions I have for you, so we're going to

14          go over this probably a few times; okay?

15     A    Okay.

16     Q    So when you parked illegally, you were parked in

17          the City of Cleveland?

18     A    Yes.

19     Q    So it was CPD that approached your vehicle?

20     A    Yes.

21     Q    And would it be correct to say that you were

22          taken in because of the Rocky River warrant?

23     A    Yes.

24     Q    Were you issued any other tickets that day by

25          CPD?

Page 26

1   A      Yes.

2   Q      What else were you issued then by CPD?

3   A      I don't remember.

4   Q      Okay.  But your recollection is the Rocky River

5          one was for failure to appear for a driving

6          under suspension ticket?

7   A      Speeding ticket.

8   Q      For a speeding ticket?

9   A      Yes.

10  Q      Then you said you were taken to the City.  What

11         do you mean by taken to the City?

12  A      Downtown, the City jail.

13  Q      To the Justice Center jail?

14  A      Yes.

15  Q      And you were given a phone call; correct?

16  A      Yes.

17  Q      So you stayed one night at the City jail?

18  A      Overnight, yes.

19  Q      Can you tell me what the intake procedures at

20         the City jail was like?

21  A      I was just arrested and put into the holding

22         cell.

23  Q      Did they give you a change of clothes or

24         anything?

25  A      No.

Page  27

1   Q     So you spent the night in the holding cell?

2   A     In my street clothes, yes.

3   Q     How many other people were in that holding cell

4         with you, your best guess?

5   A     Ten maybe.

6   Q     And when did you talk to your mother?

7   A     That night to let her know about the ticket and

8         around 9:00 the next morning.

9   Q     So you talked to her twice?

10  A     Yes.

11  Q     Okay.  Do you know what time she came down to

12        pay the ticket?

13  A     She never came down to pay.  She called it in

14        over the phone to Rocky River.

15  Q     Okay.  Do you know when she did that?

16  A     I'm going to say 8:00 a.m.

17  Q     So when you had talked to her at nine, she had

18        already done it?

19  A     Yes.

20  Q     What did you do once you found out that she had

21        paid the fine?

22  A     Went back in the holding cell and was waiting to

23        be released.

24  Q     Did you talk to any corrections officers?

25  A     No, I can't recall.

Page 28

1   Q    Anybody from the sheriff's department or police

2         station or police department?

3   A    I can't recall.

4   Q    Just to be clear, you were being held in the

5         City of Cleveland facility, not any kind of

6         Rocky River facility; correct?

7   A    Yes.

8   Q    So what happens when you're being sent to the

9         House of Corrections?  And what I mean by that

10        question, how does the City jail, Justice

11        Center, how do they transport you to the House

12        of Corrections?

13   A    A van.

14   Q    How many people were in that van that day?

15   A    I can't recall.

16   Q    Was the van full?

17   A    I can't recall.

18   Q    Do you remember the size of the van?

19   A    No.

20   Q    Did it have three bench seats in the back?

21   A    Yes.

22   Q    Do you recall if the van was mostly full, mostly

23        empty, was it just you; do you recall anything

24        about it?

25   A    No.

Page 29

1   Q    I don't mean to beat a dead horse here, but were

2        more people transported than just you that day?

3   A    Yes.

4   Q    Would it be safe to say less than five?

5   A    I can't recall.

6   Q    And when the City jail transported you to the

7        House of Corrections, was it just you with other

8        women?

9   A    No.

10  Q    Men and women ride in the van together?

11  A    Yes.

12  Q    Do you recall if there were men in the van with

13       you?

14  A    Yes.

15  Q    So then when you got to the House of

16       Corrections, you said you were in the holding

17       cell for three hours; is that correct?

18  A    Yes.

19  Q    Was that holding cell separated by gender?

20  A    Yes.

21  Q    Separate men, separate women?  Do you recall how

22       many people were in that holding cell with you?

23  A    I'm going to say about ten of us.

24  Q    Ten women?

25  A    Yes.

1   Q    Do you have any understanding of how many men

2          might have been in the holding cell?

3   A    No, I don't.

4   Q    Was the male holding cell in the same vicinity

5          as the women's?

6   A    Yes.

7   Q    What happened during those three hours in the

8          holding cell?

9   A    Sitting there waiting to be processed.

10   Q    Were corrections officers processing each inmate

11         one by one?

12   A    Yes.

13   Q    So while you waited for three hours, is it fair

14         to say that other people were being processed at

15         that time?

16   A    Yes.

17   Q    Were they processing by order of arrival?

18   A    I can't recall.

19   Q    That's fine.

20               MR. HOLLOWELL:      If you don't

21         know, that's fine.

22   Q    Do you recall if there were people in the

23         holding cell there prior to your van arriving?

24   A    Yes.

25   Q    Once they removed you from the holding cell,

Page 31

1          what's the first thing that happened?

2     A    We were taken to the back where the showers are

3          and was given uniforms.

4     Q    Did anybody stop and ask you any questions?

5     A    No.

6     Q    They never stopped and asked you about your name

7          or any other biographical information?

8     A    No, they called us by our name to escort us to

9          the back.

10    Q    Were you escorted to the bathroom by yourself?

11    A    Me and two other females.

12    Q    You keep saying you were taken to the back.  Can

13         you tell me what you mean by that?

14    A    It's kind of a storage space, I'm going to say,

15         where they keep the uniforms and the showers,

16         three stalls.

17    Q    Okay.  Is it one big room?

18    A    Yes.

19    Q    I if I asked you to draw it for me, could you

20         draw it today?

21    A    No.

22    Q    Would you be willing to give it a try?

23    A    Yes.

24              MS. DINEHART:        Okay.  Let's take

25         a quick break.

Page 32

1                    (A short break was taken.)

2    By Ms. Dinehart:

3    Q    I'm going to ask you to draw a picture of what

4         we keep referring to as the back as you recall

5         it; okay?

6    A    Okay.

7    Q    You mentioned there was a storage area and

8         shower stalls.  Can you show me what that area

9         looked like?

10   A    This would be where they keep the clothes.  This

11        is the door and the stalls would be over here

12        kind of.

13   Q    Okay.  Could you write "clothes" here for me and

14        can you write where you indicated the door was

15        and write where you indicated the shower stalls

16        were.

17             Okay.  Now where you've indicated the

18        shower stalls were, is there a wall there?

19   A    Yes.

20   Q    Can you show where the wall is, where the walls

21        are?

22   A    Like around here.

23   Q    Okay.  So if you were in the shower, can you see

24        the clothes shelves?

25   A    Yes.

Page 33

1    Q      Yes, you can?

2    A      Yes.

3    Q      Okay.  From each and every stall?

4    A      No.

5    Q      Okay.  From which stall can you see?

6    A      The last stall.

7    Q      The last one being the one closest to the door?

8    A      To the wall.

9    Q      Okay.

10   A      Because there's clothes here facing this.

11          MS. DINEHART:        Okay.  We're

12          going to mark this as Exhibit A please.

13          (City Exhibit A was marked for

14          identification.)

15          MS. DINEHART:        Thank you.

16   Q      Now who took you into the back room?

17   A      The corrections officer.

18   Q      A corrections officer.  Was it just one

19          correction officer?

20   A      Yes.

21   Q      Male or female?

22   A      Female.

23   Q      And how did you know it was a corrections

24          officer?

25   A      She checked us in.

1  Q    Was she wearing a corrections officer uniform?

2  A    Yes.

3  Q    And she took you and two females back there?

4  A    Yes.

5  Q    Did she take each of you one at a time or the

6       three as a group?

7  A    The three of us.

8  Q    Were you in any kind of shackles when you were

9       transported?

10  A    No.

11  Q    How far of a walk was it from the holding cell

12       to the back room which I'm going to start

13       calling the changing area?

14  A    Not a far walk at all.  I think maybe a foot.

15  Q    Eight feet?  A foot?

16  A    Uh-huh.

17  Q    One foot?  So it was right next door to the

18       holding cell?

19  A    Basically.

20  Q    Was there anyone else in the changing area with

21       you when you entered?

22  A    The two other inmates.

23  Q    Anyone else?

24  A    No.

25  Q    So it was the two other inmates, yourself and

Page 35

1        the corrections officer?

2  A    Correct.

3  Q    What was the first thing that happened when you

4        walked into the changing area?

5  A    We were given our lock bins.

6  Q    What is a lock bin?

7  A    To store our street clothes in.

8  Q    And what do they ask you to do with the lock

9        bin?  I assume -- let me rephrase.  Did the

10       corrections officer ask you to do anything with

11       the lock bin?

12  A   Yes.

13  Q   What did the corrections officer ask you to do?

14  A   To remove our street clothes and put them inside

15       the bin.

16  Q   Were you asked to remove your street clothes one

17       at a time?

18  A   As a group.

19  Q   Were you also asked to remove your bra and

20       underwear?

21  A   Yes.

22  Q   Were you given a jail uniform at that time?

23  A   Yes.

24  Q   Were you given the jail uniform before you were

25       asked to disrobe?

Page 36

1    A    Excuse me?

2    Q    Were you given the jail uniform before you were

3         asked to disrobe?

4    A    I can't recall.

5    Q    Do you recall if there was seating in the

6         changing area?

7    A    Yes, there were two chairs.

8    Q    Was there anything sitting on those two chairs

9         when you walked in?

10   A    No.

11   Q    Did the corrections officer ever hand you

12        anything other than the lock box?

13   A    Besides our change of clothes, no.

14   Q    Were you given any towels or washing materials?

15   A    A rag.

16   Q    Okay.

17   A    No, we weren't given anything.  We were told to

18        just get in the shower.

19   Q    What does a jail uniform consist of at the House

20        of Corrections?

21   A    Light blue shirt and dark blue pants and orange

22        socks and orange shoes, one bra and one panty.

23   Q    So as soon as you disrobed, did you put all the

24        materials into the lock box?

25   A    Yes.

```
                                                      Page  37

 1   Q     What happened to the lock box then?

 2   A     They just sat there until we got out of the

 3         shower.

 4   Q     So were you ever naked in front of the other

 5         inmates?

 6   A     Yes.

 7   Q     How long were you naked in front of the other

 8         inmates for?

 9   A     A couple minutes I would say.

10   Q     Couple of minutes, okay.  I don't mean this to

11         sound crude or rude, but were you just standing

12         there naked?

13   A     Yes.

14   Q     Did you make any attempt to cover yourself?

15   A     As much as I can with just my hands.

16   Q     Did you ever ask for materials to cover

17         yourself?

18   A     No.

19   Q     Did you ever ask for any kind of privacy?

20   A     No, because we were already told we don't get

21         any privacy.

22   Q     Who told you that?

23   A     The corrections officer.

24   Q     What made the corrections officer say that?

25   A     Because she gave us instructions on what was
```

1        going on.

2    Q   Do you recall what the instructions were?

3    A   Undress and get in the shower.

4    Q   Okay.  Did she say anything further than that

5        though to imply that you weren't allowed to ask

6        for some privacy?

7    A   No.

8    Q   You indicated that there were three stalls in

9        the changing area?

10   A   Yes.

11   Q   Did all three of you shower at once?

12   A   Yes.

13   Q   Each in a separate stall?

14   A   Correct.

15   Q   Was there any shower liners in the stalls?

16   A   No.

17   Q   Were these full stalls?  And by "full stalls," I

18       mean, did the wall separate them that went from

19       the floor to the ceiling?

20   A   Yes.

21   Q   Were the showers already running when you came

22       into the room?

23   A   I can't recall.

24   Q   Were you given any soap to wash with?

25   A   I can't recall.

Page 39

1    Q    Were you given a washcloth or rag to wash with?

2    A    I can't recall.

3    Q    You testified earlier you were given 30 seconds

4         to a minute to shower?

5    A    Yes.

6    Q    How was that timed?

7    A    I don't know how she timed it.

8    Q    So she just gave you an instruction to get out

9         of the shower when you were finished?

10   A    Yes.

11   Q    Is that correct?

12   A    Yes.

13   Q    Did you get out of the shower one by one or did

14        all three of you get out of the shower at the

15        same time?

16   A    At the same time.

17   Q    At the same time, okay.  So how close were you

18        standing to each other?

19   A    About as close as me and him.

20   Q    So about a foot apart?

21   A    Yes.

22   Q    Can you indicate on what we've labeled as

23        Exhibit A where you stood when you got out of

24        the shower?

25   A    I'd say in between here.

Page 40

```
 1   Q      Okay.  Can you label that with an X?  Thank you.
 2          So you were standing next to the clothing
 3          shelves; is that correct?
 4   A      Yes.
 5   Q      You could see the clothing shelves?
 6                MR. HOLLOWELL:       Can we back up?
 7                MS. DINEHART:        Sure.
 8                MR. HOLLOWELL:       Did you put an x
 9          where you were standing in particular or did you
10          just put an x over the line where the three of
11          you were?
12                THE WITNESS:        Over the line
13          where the three of us are.
14                MS. DINEHART:        Thank you for the
15          classification.
16   Q      Where in the line were you standing in
17          particular?
18   A      Here.
19   Q      And you've marked that with a circle on the
20          line?
21   A      Yes.
22   Q      So were you the first in the line?
23   A      Last, the last.
24   Q      So you weren't in the middle though?
25   A      I wasn't in the middle.  I was on the end.
```

Page 41

 1   Q    Thank you.  Were you given a towel to dry off?

 2   A    No.

 3   Q    Okay.  So what happened when you all got out of

 4        the shower and you were standing in a line?

 5   A    She sprayed us with the delousing from head to

 6        toe, made us squat, and we was instructed to put

 7        on our clothes.

 8   Q    Okay.  Can you tell me what you recall the

 9        delousing spray looking like?

10   A    It was in a gallon of something.

11   Q    Okay.

12   A    I mean, it spelled like bug spray.

13   Q    How was it applied to you?

14   A    A spray.

15   Q    Was it sprayed directly out of the gallon jug?

16   A    Yes.

17   Q    Did the gallon jug have a nozzle on it?

18   A    Yes.

19   Q    Was there any kind of hosing attached to the

20        gallon jug?

21   A    I can't recall.

22   Q    How close was the corrections officer to you

23        when she was spraying you?

24   A    About like as far as between this paper and the

25        water bottle, so a couple --

Page 42

1   Q    Six inches?

2   A    Yeah maybe.

3   Q    So was she standing six inches away from you or

4        was her hand extended, so that the gallon jug

5        was six inches away from you?

6   A    She was standing six inches away from us and

7        sprayed us.

8   Q    And she sprayed you head to toe while you were

9        standing facing her?

10  A    Yes.

11  Q    Okay.

12  A    And then made us turn around also.

13  Q    How did you stand when she was spraying you?

14        And by that I mean were your arms out?  Were

15        your legs spread or were you --

16  A    Arms out, legs spread.

17  Q    -- just standing there casually?

18  A    Arms out, legs spread.

19  Q    So at that point then it's fair to say that you

20        were further apart from your fellow inmates than

21        one foot?

22  A    Yes.

23  Q    Did you all have your arms out and legs spread

24        at the same time?

25  A    Yes.

Page  43

1    Q      Okay.  Was the corrections officer the only

2           person applying the spray to you?

3    A      Yes.

4    Q      And did the corrections officer just spray one

5           person at a time?

6    A      Yes.

7    Q      Were you asked to stand arms out, legs spread

8           while the other two inmates were also being

9           sprayed or only when it was your turn to be

10          sprayed?

11   A      Only when it was our turn.

12   Q      Were you sprayed first or last?

13   A      Last.

14   Q      How long would you say that it took for the

15          spray to be applied to you; a couple of seconds?

16   A      Yes.

17   Q      Okay.  So she sprayed the front of you from head

18          to toe from your scalp to your toes; correct?

19   A      Yes.

20   Q      And then she asked you to turn around?

21   A      Yes.

22   Q      And then did she do the same action --

23   A      Yes.

24   Q      -- for your backside?

25   A      Yes.

1   Q     Then did she move on to the next inmate?

2   A     We were asked to squat, you know, individually

3         asked to squat.  Then she went on to the next

4         inmate.

5   Q     Did she spray you while you were squatted down?

6   A     Yes.

7   Q     Do you recall if the corrections officer

8         squatted down with you, so she was also on your

9         level?

10  A     I can't recall.

11  Q     And I apologize for these next questions in

12        advance; okay?  I understand from your complaint

13        that it was an allegation that some of the spray

14        penetrated your body?

15  A     Yes.

16  Q     Could you please describe that?

17  A     As if you sprayed body mist or something, it was

18        sprayed from head to toe.

19  Q     Did any of the spray penetrate your anus?

20  A     Yes, we were squatting when she sprayed us, yes.

21  Q     Did that cause you any kind of discomfort?

22  A     Bacterial infection.

23  Q     You had a bacterial infection while you were at

24        the jail?

25  A     When I left from there.

Page 45

1    Q    Were you ever treated for that bacterial

2         infection?

3    A    Yes.

4    Q    Where did you treat for that?

5    A    I believe it was Metro.

6    Q    When did you treat at Metro?

7    A    I can't recall what day it was.

8    Q    Do you recall how many days it was after your

9         release?

10   A    Maybe two.  I was released on Halloween that

11        evening, probably two days after that.

12   Q    What were the symptoms of the bacterial

13        infection?

14   A    Irritation down there.

15   Q    Again, I apologize, but irritation on your anus,

16        or on your vaginal area?

17   A    Vaginal.

18   Q    When the corrections officer sprayed you, did

19        she spray you from the front while you were

20        crouched down and you're squatting?

21   A    No.

22   Q    So just from behind while you were squatting?

23   A    Yes.

24   Q    Did she spray your entire backside and by that I

25        just mean the back of your body and then asked

```
 1              you to squat and spray further?

 2    A    Yes.

 3    Q    What was the treatment at Metro; what did that

 4         entail?

 5    A    Antibiotics.

 6    Q    Did the doctors at Metro ever identify a source?

 7    A    No.

 8    Q    Did anybody ever diagnose you with having any

 9         kind of reaction from the delousing solution in

10         particular?

11    A    Not that I can recall.

12    Q    Is it your belief that the delousing solution

13         caused the bacterial infection?

14    A    Yes.

15    Q    All right.  After the corrections officer

16         sprayed you and you were squatting, were you

17         allowed to stand back up?

18    A    Yes.

19    Q    And what happened then?

20    A    We were instructed to put on our uniform.

21    Q    Now I understand you were sprayed last; correct?

22    A    Uh-huh.

23    Q    So when the first woman was sprayed, did she put

24         on her uniform while the others were getting

25         sprayed?
```

```
 1    A     I can't recall.

 2    Q     Okay.  Are you aware of anyone else in the

 3          facility being diagnosed with a bacterial

 4          infection as a result of this spray?

 5    A     I -- no.

 6    Q     Are you aware of whether or not everyone who

 7          went through intake was asked to squat during

 8          the delousing procedure?

 9    A     No.

10    Q     Did you ever speak to anyone else about the

11          delousing procedure other than your counsel and

12          the women that were in the facility with you?

13    A     My mom.

14    Q     Just your mom?

15    A     My aunt.

16    Q     Can I please have your mom and your aunt's name?

17    A     ██████████████████

18    Q     Is your mom?

19    A     -- is my mother.

20    Q     Can you spell your mom's first name please?

21    A     ████████████████

22    Q     ██████████████████████

23    A     Yes.

24    Q     And your aunt's name?

25    A     ██████████████████████
```

```
 1   Q     Spell that.

 2   A     ████████████

 3   Q     Thank you.  Did your aunt live with you at that

 4         time?

 5   A     No.

 6   Q     Did you live with your mother at that time?

 7   A     No, they were my ride.

 8   Q     They came and picked you up after the release?

 9   A     Yes.

10   Q     They came together?

11   A     Yes.

12   Q     Sorry, I'm backing up again.  I don't mean to do

13         this to you.  So did the corrections officer say

14         anything to you during while she was spraying

15         you?

16   A     No.

17   Q     Okay.  How did you know to squat?

18   A     She told us when it was time.

19   Q     Did she also tell you to turn around?

20   A     Yes.

21   Q     Did she say anything to you when she was

22         finished spraying; did she tell you --

23   A     To get dressed.

24   Q     Did she tell you it was okay to stand?

25   A     Yes.
```

1   Q       And when she told you to get dressed, did she

2           hand you clothes?

3   A       They were on top of our lock boxes.

4   Q       Do you know when those clothes were placed on

5           top of the lock boxes?

6   A       I can't recall.

7   Q       Did the corrections officer ever leave the

8           shower area while you were showering?

9   A       No.

10  Q       Did you see her the entire time you showered?

11  A       Yes, I heard her talking.

12  Q       Do you know who she was talking to?

13  A       Another corrections officer.

14  Q       Was that other corrections officer in the room

15          while you were changing?

16  A       I believe they were outside the open door.

17  Q       So while you were changing, the door to the

18          clothing area was open?

19  A       Yes.

20  Q       Is there a door on that clothing area?

21  A       Yes.

22  Q       Was that other corrections officer male or

23          female?

24  A       A male.

25  Q       Could you see the male while you were changing,

Page 50

```
 1          the male corrections officer?
 2   A      No.
 3   Q      Are you aware that any time the male corrections
 4          officer seeing you naked?
 5   A      I'm not aware.
 6              MR. KEACH:          What was the
 7          answer to the last question?
 8              THE COURT REPORTER:   "A  I'm not
 9          aware."
10              MR. KEACH:          Thank you.
11   Q      So do you believe that the female corrections
12          officer put the jail uniform on your lock boxes
13          while you were showering?
14   A      I can't recall if we set them or if she set
15          them.
16   Q      How were the sizes for the jail uniforms
17          determined; do you recall that?
18   A      She asked us.
19   Q      So then once she told you to get dressed, I
20          assume you all got dressed at once?
21   A      Yeah.
22   Q      Were your lock boxes taken away at that point?
23   A      We carried them out into the hall.
24   Q      Then what happened?
25   A      We were placed back in the holding cell until
```

1        someone came and took us to the pod.

2   Q    Okay.  Placed back in the same holding cell?

3   A    Yes.

4   Q    When you say someone took your lock boxes, was

5        it another corrections officer?

6   A    No, we carried them out into the hall and just

7        set them in the hall.

8   Q    Oh, I'm sorry.  Did the same corrections officer

9        who was in the changing area with you escort you

10       back to the holding cell?

11  A    Yes.

12  Q    At that point did that corrections officer take

13       additional people out of the holding cell?

14  A    Yes.

15  Q    How many people did she take out?

16  A    I can't recall.

17  Q    Did she take out more than one?

18  A    Yes, it might have been three at a time, because

19       there were three stalls.

20  Q    Do you need a break?

21  A    No.

22  Q    Sorry, jumping back again.  So after you were

23       sprayed down and you were told to change, were

24       you given any opportunity to shower again?

25  A    Can you repeat that?

1  Q    Sure.  After you were sprayed with the delousing

2        solution and then you were told to put clothes

3        on, were you given the opportunity to shower

4        again?

5  A    I was released.

6  Q    I meant specifically while you were in the

7        clothing area where the shower stalls were.

8  A    No.

9  Q    Did you ever ask to shower again?

10  A    No.

11  Q    What did the delousing solution feel like; what

12        did it look like?

13  A    Like a spray I guess it was clear.  I couldn't

14        see.  It's like a body mist.

15  Q    So it was a clear spray.  After you were

16        sprayed, you specifically, after you were

17        sprayed with the delousing solution, were you

18        told to immediately get dressed?

19  A    Yes.

20  Q    Did the delousing solution leave any kind of

21        residue on your skin?

22  A    I can't recall.

23  Q    How much longer did you wait in that holding

24        cell after you were changed into the jail

25        uniform?

1   A     About ten, 15 minutes.

2   Q     Then what happened?

3   A     We were escorted to the pod.

4   Q     How many other groups went to go to be deloused

5         after you were back in the holding cell?

6   A     I can't recall.

7   Q     Did the same corrections officer that was with

8         you in the clothing area, did that corrections

9         officer also escort you to the pod?

10  A     No.

11  Q     How many other people were escorted to the pod

12        with you?

13  A     I can't recall.  There was a group of us.

14  Q     More than just three of you that were in the

15        clothing area though?

16  A     Yes.

17  Q     Could you please describe the pod to me?

18  A     It's kind of like a big gym with bunk beds.

19  Q     How many bunk beds are there in the room?  Your

20        best guess at this point, more than two?

21  A     Yes.

22  Q     More than ten?

23  A     Yes.

24  Q     So it's a very large area?

25  A     Yes.

1  Q    Then what happened once you were escorted to the

2       pod?

3  A    I was called to be released.

4  Q    How long after you were escorted to the pod?

5  A    Five minutes.

6  Q    Once they called you to be released, what

7       happened next?

8  A    Took me back to the holding cell to change into

9       my street clothes.

10 Q    You changed into your street clothe in the

11      holding cell?

12 A    Yes.

13 Q    Were you the only one in the holding cell?

14 A    Yes.

15 Q    Then what happened?

16 A    I was released to go home.  That was about 6:00

17      in the evening.

18 Q    And you anticipated exactly what I was going to

19      ask you so thank you.  And was your mom and your

20      aunt there waiting for you?

21 A    They had been there for the whole time I was in

22      the holding cell.

23 Q    How did you know they were there the whole time?

24 A    They told me.

25 Q    Did they speak to any corrections officers?

```
                                                    Page 55
 1   A      I believe so, the ones at the window.

 2   Q      And in the public entry?

 3   A      In the waiting room, yes.

 4   Q      Do you know about what time they arrived?

 5   A      I'm going to say around two.

 6   Q      They arrived at the House of Corrections around

 7          two?

 8   A      Yes.

 9   Q      How long do you think you were at the House of

10          Corrections in total?

11   A      In total, a few hours, maybe four or five,

12          because they came and got us around lunchtime,

13          12:30ish to escort us to the workhouse.

14   Q      And then breaking that down, how long do you

15          think you were in the changing area for, and

16          that's going to include from the time that you

17          were asked to disrobe, shower, you were sprayed

18          with the solution and redress?

19   A      Ten minutes probably, ten, 15 minutes.

20   Q      Fifteen (15) minutes total.  So your mom and

21          your aunt told you that they spoke to someone at

22          the window?

23   A      Yes.

24   Q      See I'm not even catching you doing that.

25          You're fixing yourself.  Do you know what the
```

1        corrections officer in the window told your mom

2        or your aunt?

3  A     No, I don't.

4  Q     And then what did you do once you were released?

5  A     Went home and take my baby trick-or-treating.

6  Q     Did you shower when you got home?

7  A     Not right away, I took him trick-or-treating.

8  Q     When did you first take a shower after you got

9        home?

10  A     After trick-or-treating was over.

11  Q     About how many hours do you think?

12  A     Trick-or-treating over about nine, about 9:30,

13        10:00.

14  Q     So you took him trick-or-treating, he went

15        through his loop, put him to bed and then took a

16        shower; would that be fair?

17  A     Yes.

18  Q     Did you shower because of the delousing

19        solution?

20  A     I shower every night so.

21  Q     So no, not specifically because of that, okay.

22        That night did you feel any effects from your

23        stay at the House of Corrections?

24           Did you have any irritations or anything?

25  A     No.

1　Q　And what did you do the next day?

2　A　I can't remember.

3　Q　Nothing out of the ordinary though?

4　A　No.

5　Q　And you believe the day after that is when you

6　　　went to Metro?

7　A　Yes.

8　Q　And for vaginal discomfort, vaginal itching?

9　A　Yes.

10　Q　And that started that day that you went to

11　　　Metro?

12　A　The next day, the day before I went to Metro,

13　　　I'm sorry.

14　Q　So if you were released on Halloween, October

15　　　31st, the next day you started to experience

16　　　some discomfort the day after you went to Metro?

17　A　Yes.

18　Q　Did it ever cause you any pain?

19　A　No.

20　Q　Have you ever been diagnosed with something like

21　　　that in the past?

22　A　Yeah.

23　Q　Is it something that regularly happens to you?

24　A　I'm not going to say regularly, no.

25　Q　When was the last time it happened?

Page 58

```
 1   A    I can't recall.
 2   Q    Had it happened within the last year?
 3             MR. HOLLOWELL:      Are we talking
 4        about until today or from then?
 5             MS. DINEHART:      I'm talking about
 6        from then, but I'm going to cover it all.
 7   A    I can't recall.
 8   Q    When is the last time it happened to you
 9        generally and I'm talking about any kind of
10        vaginal discomfort which might cause you to go
11        to a doctor to seek antibiotics?
12   A    About a year ago.
13   Q    Was there any kind of -- can you pinpoint what
14        caused it a year ago?
15   A    No.
16   Q    Can you recall when it happened most recently
17        before this past year?
18   A    No.
19   Q    Do you always treat at Metro?
20   A    Metro and Fairview.
21   Q    Metro or Fairview?
22   A    Yeah.
23   Q    In 2009, was the discomfort different in any way
24        that caused you to pinpoint it to the delousing
25        solution?
```

Page 59

1    A    No.

2    Q    So if felt as it does when it happens to you on

3         other occasions?

4    A    Yes.

5    Q    Did you ever ask not to be deloused?

6    A    I can't recall.  No, can I take that back?

7    Q    Sure.

8    A    I actually did, because I knew my mother and

9         aunt was waiting in the waiting room, so I asked

10        why did I even have to go through the process?

11   Q    So you asked why you had to go through intake in

12        general and by intake, I mean, changing the

13        clothes and the shower?

14   A    Yes.

15   Q    But did you ever express any feelings saying

16        that you did not want to be deloused in

17        particular?

18   A    No, not in particular.

19   Q    Did you ever express any feelings that you

20        didn't want to be deloused or go through the

21        strip search or change in the uniform because of

22        privacy concerns or was it just because your mom

23        and aunt were waiting for you?

24   A    No, privacy concerns and my ride was there.

25   Q    Okay.  Do you remember who you spoke those

Page 60

1        concerns to?

2   A    The corrections officer.

3   Q    The same one that was in the changing area with

4        you?

5   A    Yes.

6   Q    Do you know that corrections officer's name by

7        any chance?

8   A    I want to say Ms. Williams but...

9   Q    That might be something you would remember I

10       suppose.

11  A    Yeah.

12  Q    Do you remember what you said to the corrections

13       officer?

14  A    I just asked why did I have to go through the

15       intake process?

16  Q    Did you give her any reasons why you didn't want

17       to?

18  A    Because I had to -- oh, what was her answer?  It

19       was just because it's a process.

20  Q    What did you ask her; what did you tell her?

21  A    I asked why did I have to go through the whole

22       process if I was being released?

23  Q    Did you ask her anything else?

24  A    No.

25  Q    While the delousing solution was being sprayed

Page 61

1        on you, do you recall if you were standing on a

2        mat or if you were just on the bare floor?

3  A    Bare floor.

4  Q    And during that time, the other prisoners, could

5        they see you?

6  A    Yes.

7  Q    When I say "the other prisoners," I mean, just

8        the two that you were in the room with you?

9  A    Yes.

10  Q    Could anyone else see you other than the two

11        prisoners and the corrections officer?

12  A    Not to my knowledge.

13  Q    Did you notice that the prisoners looked at you

14        while you were being deloused or while you

15        changed?

16  A    No, I was too embarrassed to look at them.

17  Q    Okay.  Did the corrections officer ever give any

18        instructions that you're not to look at one

19        another while you changed or while you're being

20        deloused?

21  A    No.

22              MR. HOLLOWELL:     You said no?

23              THE WITNESS:        No.

24  Q    Did the other prisoners ever complain to the

25        corrections officer while you were in the

Page 62

```
 1            changing area that you heard?

 2   A     I can't recall.

 3   Q     Do you recall if they said anything to the

 4            corrections officer while you were there?

 5   A     I can't recall.

 6   Q     And to be clear, during the delousing process,

 7            you were asked to squat not to bend over;

 8            correct?

 9   A     Correct.

10   Q     And you don't recall the corrections officer's

11            positioning behind you while you were squatting

12            down?

13   A     No.

14   Q     Do you recall how the corrections officer was

15            holding on to the gallon jug of the solution?

16   A     No.

17   Q     Okay.  So you don't recall whether or not she

18            had her arm fully extended or was holding it

19            close to her body?

20   A     No.

21   Q     Do you know the names of the people who were in

22            the clothing area with you, the other inmates?

23   A     No, I don't.

24   Q     Were you menstruating at the time of the intake;

25            did you have your period?
```

Page 63

1    A    No, not to my knowledge.

2    Q    Did you notice any shower stalls in the pod

3         while you were there?

4    A    Yes.

5    Q    Were they shower stalls or was it just a shower

6         head on the wall?

7    A    Shower head on the wall.

8    Q    There were multiple shower heads on the wall?

9    A    Yes.

10   Q    Were there any separation between the shower

11        heads on the wall?

12   A    No.

13   Q    Okay.  Did you see other people showering while

14        you were in the pod?

15   A    No.

16   Q    Did you ever shower while you were in the pod?

17   A    No.

18   Q    The delousing solution, was it specifically

19        aimed at your face or did she pass it over your

20        whole body?

21   A    Pass it over the whole body.

22   Q    Same question about your genitals or private

23        area, passed over your whole body generally or

24        if she paid specific attention to your private

25        area?

Page 64

1    A      Passed over the whole body.

2    Q      Did the corrections officer ever question you

3           about whether or not you had had lice before or

4           currently?

5    A      I can't recall.

6    Q      Did they give you any kind of medical

7           questionnaire when you were taken in?

8    A      I can't recall.

9    Q      Do you recall if they did so at the City jail at

10          the Justice Center?

11   A      No.

12   Q      You don't recall or they did not?

13   A      They did not at the Justice Center.

14   Q      You said that the delousing solution was like a

15          body mist.  Was it a light mist like that?

16   A      Yes.

17   Q      So it didn't hit you with any kind of force?

18   A      No.

19   Q      Okay.  Did you feel it hitting you?

20   A      Yes.

21   Q      Did you feel it just because it was a liquid and

22          cold?

23   A      Liquid and it was cold.

24   Q      Do you know why the corrections officer asked

25          you to squat?

Page 65

1  A    No.

2  Q    Did anybody explain to you the purpose of it?

3  A    No.

4  Q    Did you ever ask why?

5  A    I wasn't there long enough to ask, no.

6  Q    I'm sorry, I know some of these questions, given

7       the answers you've given me, sound silly, but I

8       just want it there.

9  A    That's okay.

10 Q    You said your mom you think paid your fine in

11      Rocky River that day?

12 A    Yes.

13 Q    Okay.  Is there anything else you want to tell

14      me about that day in particular?

15 A    No.

16 Q    And I want to go back real quick and I think

17      that this will be relatively quick and ask you

18      about other times that you stayed at the House

19      of Corrections.

20 A    Okay.

21 Q    So I'll find those dates real quick.

22               MR. HOLLOWELL:      Can we take a

23      break?

24               MS. DINEHART:      Yeah, sure.

25               (A short break was taken.)

1    By Ms. Dinehart:

2    Q    I don't think I have a lot more left for you.

3         So you previously testified, Ms. Williams, that

4         you were also incarcerated at House of

5         Corrections on September 21st, 2011.

6              Can you describe the intake procedure on

7         that day for me?

8    A    It was basically the same without the delousing.

9    Q    Okay.  So were you transported from City jail

10        that time?

11   A    Yes.

12   Q    Also in a van?

13   A    Yes.

14   Q    Also with other people?

15   A    Yes.

16   Q    And then you were placed in a holding cell at

17        House of Corrections?

18   A    Yes.

19   Q    And were you taken to the clothing area?

20   A    Just to receive our clothes.  We didn't get

21        dressed in there this time.

22   Q    Where did you get dressed?

23   A    In the holding cell.

24   Q    How many people were in the holding cell when

25        you got dressed?

Page 67

1   A    I can't recall.

2   Q    Was it more than just yourself?

3   A    Yes.

4   Q    Were you instructed to change within the holding

5        cell?

6   A    Yes.

7   Q    Were you also given a bra and panties to get

8        changed into or were you allowed to keep your

9        bra and panties?

10  A    No.

11  Q    Sorry, that was two questions.

12  A    We were given bra and panties.

13  Q    So you did strip completly nude and got changed?

14  A    Yes.

15  Q    Did you shower during intake?

16  A    No.

17  Q    So after you changed in the holding cell, what

18       happened?

19  A    We waited to be escorted to the pod.

20  Q    How long did that take?

21  A    About 15 minutes.

22  Q    Did at any point in time you object to changing

23       in the holding cell?

24  A    No.

25  Q    And the holding cell was also just all women

Page 68

1           like the time before?

2    A      Yes.

3    Q      What happened once you got to the pod?

4    A      Was told to make up my bunk.

5    Q      Okay.  Did you have to go through any kind of

6           medical questionnaire process at that point?

7    A      I can't recall.

8    Q      Did you ever ask anyone why you weren't being

9           deloused?

10   A      No.

11   Q      Did anyone ask while you weren't being deloused,

12          not you specifically but why inmates were not

13          being deloused?

14   A      Not that I recall.

15   Q      Did you hear anyone object to changing in the

16          holding cell?

17   A      No, I don't think we really can object, so

18          there's no point to wasting our breath.

19   Q      At that point you were in the pod for 20 days;

20          correct?

21   A      Yes.

22   Q      Okay.  How did you change during those 20 days;

23          did you go change in the pod or was there a

24          special changing area?

25   A      Where the showers are.

Page 69

```
 1   Q      And you testified earlier that the showers
 2          didn't have stalls.  It was just an open space
 3          with shower nozzles on the wall; correct?
 4   A      Yes.
 5   Q      Was there a private area for you to change?
 6   A      No.
 7   Q      So any time you wanted to change your clothes,
 8          you had to do it where other people could see
 9          you?
10   A      Yes.
11   Q      Is that the same with showering, other people
12          would have to see you?
13   A      Yes.
14   Q      Did you ever object to that or ask for any kind
15          of special privileges?
16   A      Using the bathrooms I did, but not as far as
17          showering.
18   Q      What do you mean by using the bathroom?  I
19          understand what you mean by using the bathroom,
20          but as far as asking for special privileges or
21          objecting?
22   A      Asking special privileges to go to the sick pod.
23   Q      What does that mean?
24   A      They call it the sick pod.
25   Q      And I have a couple questions about that.  What
```

1          is special about the sick pod?

2   A     They have single stalls.

3   Q     And you were in a general population pod?

4   A     Yes.

5   Q     Does it have a special name or it was just

6          general population?

7   A     No, general population.

8   Q     Can you describe the toilet area in the general

9          population pod?

10  A     It's the miniature walls to make them

11         individual.

12  Q     So would you say that those walls were three or

13         four feet tall?

14  A     Yes.

15  Q     So if someone were to be sitting on the toilet,

16         you might be able to see their head?

17  A     Yes.

18  Q     Is that fair?  Would you be able to see anything

19         more of their body?

20  A     If you're just walking into the bathroom or

21         shower room, you can see everything, because

22         there's no doors.

23  Q     And why did you ask to go to the sick pod to use

24         the bathroom?

25  A     Because I was constipated and I couldn't have a

Page 71

```
 1              bowel movement.

 2    Q    So that happened consistently during your stay

 3         of 20 days or just once or twice?

 4    A    Just once or twice.

 5    Q    Okay.  Did you ever ask to go to the sick pod

 6         for any other reason?

 7    A    No.

 8    Q    Did you shower with other people while you were

 9         in the general population pod?

10    A    Yes.

11    Q    Did you get changed in front of other people to

12         the point where you were nude while you were in

13         the general population pod?

14    A    Yes.

15    Q    Is there anything else you want to tell me about

16         your stay at House of Corrections on September

17         21st?

18    A    No.

19    Q    March 8th, 2012 you were there for an extended

20         period for 62 days; is that correct?

21    A    Yes.

22    Q    On March 8th was that intake procedure very

23         similar or the same to the September 21st

24         intake?

25    A    The same.
```

Page 72

1  Q   Exactly the same?

2  A   Yes.

3  Q   So you were transported from the City jail on

4      that day as well?

5  A   Yes.

6  Q   And you were placed in the holding cell and

7      escorted to the changing area at some point; is

8      that correct?

9  A   Yes.

10  Q   In the changing area, you were given a jail

11      uniform; is that correct?

12  A   Yes.

13  Q   And you took that jail uniform back to the

14      holding cell; is that correct?

15  A   Yes.

16  Q   And you changed in the holding cell; is that

17      correct?

18  A   Yes.

19  Q   And you were in the general population pod

20      during that stay?

21  A   Yes.

22  Q   Did you ever ask to go to the sick pod while you

23      were incarcerated during the period starting

24      March 8th, 2012?

25  A   Yes.

1    Q      And why did you ask to go to the sick pod?

2    A      Same reason, to make a bowel movement.

3    Q      But you showered and changed in the general

4           population pod as you did during the September

5           stay?

6    A      Yes.

7    Q      What was different to you between the October

8           30th, 2009 stay when you were changing in the

9           changing area; how was that less private to you

10          than when you changed in the general population

11          pod later on?

12   A      Can you rephrase that?

13   Q      Yeah, sorry, that was a complicated question.

14          In October 30th, 2009, the first time that you

15          stayed at House of Corrections, we went over

16          that you were asked to change and shower in the

17          clothing area with two other women and I believe

18          you testified you had some privacy concerns.

19                 How is that different than when you were

20          in the general population pod?

21   A      It was my first time of experiencing anything

22          like that.

23   Q      So is it fair to say that you were just a little

24          bit more nervous about getting changed, because

25          it was your first time going through that?

Page 74

1  A  Yes.

2  Q  Then in 2014 you were there for one day?

3  A  Yes.

4  Q  Was it the same intake procedure as you

5     experienced in September 21, 2011 and 3/8/12?

6  A  Yes.

7  Q  Did it differ in any way at all?

8  A  No.

9  Q  Were you ever deloused again after the October

10    30th, 2009 intake?

11 A  No.

12 Q  Were you ever asked to strip naked and squat on

13    any occasion other than the October 30th, 2009?

14 A  No.

15 Q  Were you ever asked to just squat after October

16    30th, 2009?

17 A  No.

18 Q  In 2013 when you were going through the felony

19    drug possession charges, you were at House of

20    Corrections; is that correct?

21 A  Yes.

22 Q  Do you recall why you were at House of

23    Corrections?

24 A  Driving under suspension.

25 Q  And which offense date are we talking about?

Page 75

```
 1   A     May 8th or I'm sorry, March 8th.  May 8th is my
 2         release date.  That's why I keep saying it,
 3         March 8th.
 4   Q     That was in 2012 though; correct?
 5   A     No.
 6   Q     I know we went through a couple --
 7   A     Oh, yes, I'm sorry, 2012, March 8th.
 8   Q     And your felony drug possession charges happened
 9         to overlap with your 62 day stay?
10   A     Yes.
11   Q     And then your felony drug possession charge
12         finished in 2013?
13   A     Yes, June of 2013.
14   Q     And you were indicted originally for the felony
15         charge on November 20th, 2012?
16   A     Yes.
17   Q     That was more than 62 days after the March 8th
18         2012.
19   A     Then it was '13.  I'm sorry it wasn't '12.  It
20         was '13.
21   Q     So you were at House of Corrections on March 8,
22         2013?
23   A     2013, I'm sorry.
24   Q     That's okay.  That's why we go over and over
25         again.  Anything else you can recall that might
```

Page 76

1          be a little bit different than what you

2          testified to earlier --

3    A     No.

4    Q     -- as far as the dates go?  Did you ever

5          experience any stay at the County jail as a

6          result of this felony drug possession charge?

7          Yes.

8    Q     Can you explain that?

9    A     I don't recall exactly when it was.  Oh, I do,

10         February 14th -- well, February 15th I was

11         arrested at 2:00 in the morning.

12   Q     And that was in 2014 or 2013?

13   A     2013.

14   Q     Okay.  And you were arrested for the felony drug

15         possession at that point or what were you

16         arrested for?

17   A     I had a warrant for to go to Court for the drug

18         possession.

19   Q     For which case, the drug possession case?

20   A     For the drug possession, I had a warrant.

21   Q     Okay.  They held you at House of Corrections or

22         they held you at the County jail?

23   A     They held me at the County jail.

24   Q     Did they ever transfer you from the County jail

25         to House of Corrections?

1    A    No, I was released.  When was I released?  It

2         was a Tuesday.

3    Q    Do you remember about how long you were in for

4         the County jail?

5    A    It was two days I stayed in the County jail.

6         One night in the City -- well, two nights in the

7         City and then two nights in the County jail.

8    Q    About but all at the Justice Center?

9    A    Yes, all at the Justice Center.

10   Q    So four nights total?

11   A    Yes.

12   Q    And then you were released?

13   A    I was released.  And I had a Court date March

14        8th and Angela Stokes sent her bailiff to come

15        get me for the felony, so that's how I ended up

16        in the workhouse to begin with.

17   Q    Why were you in front of Angela Stokes?

18   A    I wasn't.  I was waiting to see the felony judge

19        and someone told Angela Stokes I was in the

20        building, because I had a warrant for her and

21        she sent her bailiff to come pick me up.

22   Q    Was it a warrant for driving under the

23        suspension?

24   A    Yes.

25   Q    Do you remember when the Court date was that you

1        got picked up?

2    A   3/7, she sent it to me on 3/8.

3    Q   When you were at County or City for those four

4        days at the Justice Center, did they put you

5        through any kind of intake procedure that

6        included delousing?

7    A   No.

8    Q   Did they do any kind of strip search?

9    A   No.

10   Q   Were you in a holding cell the whole time or

11       moved to general population?

12   A   A holding cell until it was time for me to get

13       transported over to the County.

14   Q   Okay.  And then what happened when you were at

15       County?

16   A   I was in a cell with a roommate, cellmate.

17   Q   Did you have a jail uniform on at that time?

18   A   Yes.

19   Q   How did they have you change into your jail

20       uniform?

21   A   I don't know.  I can't recall.

22   Q   You don't remember?

23   A   I don't remember.

24   Q   Do you recall when they took your street clothes

25       from you at County?

Page 79

1    A    Before they transferred me over to the City -- I

2         mean, from the City I believe.

3    Q    So you had a jail uniform on at the City?

4    A    Before they was transferring me, they offered

5         the jail uniform.

6    Q    So kind of as you were checking out of City,

7         they gave you a County jail uniform?

8    A    Correct.

9    Q    Where did you change into that County jail

10        uniform?

11   A    I can't remember.

12   Q    Do you remember if you were alone?

13   A    I can't remember.

14   Q    Do you remember if they had you shower?

15   A    I can't remember.

16   Q    Do you have any idea why House of Corrections

17        had you shower on October 30th, 2009?

18   A    No.

19   Q    And every over time that you were at House of

20        Corrections, you were transported from the

21        Justice Center; correct?

22   A    Correct.

23   Q    One of the other two facilities, either City or

24        County?

25   A    Yes.

Page 80

1    Q      When you were held for four nights on February

2           15th following February 15th, why were you

3           released?

4    A      I paid my bond.

5    Q      Are you on any medications today?

6    A      No.

7    Q      Are you taking any drugs today?

8    A      No.

9    Q      Any alcohol today?

10   A      No.

11   Q      Is there any reason why your testimony cannot be

12          truthful or have any other reason why it cannot

13          be trusted today?

14   A      No.

15                 MS. DINEHART:          Okay.  I'm just

16          going to take a ten-minute break and see if I

17          missed anything and I'll come back to you and I

18          believe we're done; okay?

19                 (A short break was taken.)

20   By Ms. Dinehart:

21   Q      When you said you used the sick pod on occasion

22          while you were in the general population, what

23          made you ask to use the sick pod?

24   A      Because I couldn't go.

25   Q      I don't mean that.  I meant what gave you the

1          idea to ask to use the sick pod?

2     A    Because the COs were actually laid back, so I

3          figured give it shot or I was going to be sick

4          so.

5     Q    So the COs were pretty nice --

6     A    Yes.

7     Q    -- essentially?  Okay.  Was there any issue to

8          use the sick pod?  Did they give you any

9          problems about it?

10    A    No, I mean, we weren't originally allowed to,

11         but they knew I couldn't go, so they allowed me

12         to.

13    Q    Did you ever feel that a corrections officer at

14         the House of Corrections mistreated you in any

15         way?

16    A    No.

17              MS. DINEHART:       That's all the

18         questions I have for you then.  We're all done.

19              MR. HOLLOWELL:       I don't have

20         anything.  Bob, do you have any anything?

21              MR. KEACH:       Can you pick up

22         the handset a second?

23              MR. HOLLOWELL:       Sure.  Either

24         I'll write it down or you can ask the two

25         questions.  Do you care if he just asks it?

1          MS. DINEHART:          I don't think

2      that's a problem.

3          MR. HOLLOWELL:          All right.  We'll

4      put you back on speaker.

5               CROSS-EXAMINATION

6  By Mr. Keach:

7  Q    All right.  I have just a couple of follow-up

8      questions in response to Ms. Dinehart's last

9      question to you and I appreciate Jillian

10     accommodating me by telephone.

11          Do you feel it was appropriate for a

12     corrections officer to require you, relative to

13     your arrest in October 2009, to remove your

14     clothes in front of the two other detainees?

15 A    No.

16 Q    Do you feel it was appropriate for a corrections

17     officer to spray you with the delousing solution

18     including on the genitals and in the anus while

19     you were required to squat in the shower?

20 A    No.

21          MR. KEACH:          That's all I

22     have.  Thank you.

23          MS. DINEHART:          I have just a

24     follow-up to his follow-up so sorry, it's his

25     fault.

Page 83

1                    RECROSS-EXAMINATION

2  By Ms. Dinehart:

3  Q    What makes you feel it was inappropriate for the

4       corrections officer to ask you to remove your

5       clothes in front of two other inmates?

6  A    I was already bonded out, so I feel I had no

7       reason to be there.  I'm not a criminal.  It was

8       a misunderstanding.

9  Q    Okay.  In any other situation had you not been

10      bonded out, did you feel it was inappropriate?

11 A    It didn't happen.

12 Q    Since it's never happened, you don't have an

13      opinion on that?

14 A    Correct.

15 Q    Why do you feel it was inappropriate for the

16      corrections officer to spray you with delousing

17      solution while you were standing as well as

18      squatting?

19 A    Can you repeat that?

20           MS. DINEHART:       Could you read it

21      back?

22           THE COURT REPORTER:   "Q  Why do you

23      feel it was inappropriate for the corrections

24      officer to spray you with delousing solution

25      while you were standing as well as squatting?"

Page 84

1    A      Because I'm a human being.  You're spraying me

2           with bug spray.  I wasn't -- there was nothing

3           that said I had bugs, so I don't feel it was

4           appropriate to be walking around spraying human

5           beings with bug spray.

6                    MS. DINEHART:        Okay.  Fair

7           enough.  That is all that I have then.

8                    MR. KEACH:           We'll read and

9           sign.

10                   (Deposition concluded at 12:56 p.m.)

11                   (Signature not waived.)

12                           - - -

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 85

1        I have read the foregoing transcript from page 1

2   through page 84 and note the following corrections:

3      PAGE              LINE              REQUESTED CHANGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19                                     _____

20                                     Tynisa Williams

21        Subscribed and sworn to before me this _____ day

22   of _____, 2015.

23

24                                     _____

                                       Notary Public

25        My commission expires: _____

Page 86

1   The State of Ohio,  )
                         )  SS:  CERTIFICATE
2   County of Lake.    )

3          I, Mary Bolas-Dietz, a Court Reporter and Notary

4   Public in and for the State of Ohio aforesaid, duly

5   commissioned and qualified, do hereby certify that the

6   within-named witness, Tynisa Williams, was by me, first

7   duly sworn to testify the truth, the whole truth, and

8   nothing but the truth in the cause aforesaid; that the

9   testimony then given by her was by me reduced to

10  stenotypy/computer in the presence of said witness,

11  afterward transcribed and that the foregoing is a true

12  and correct transcript of the testimony so given by her

13  as aforesaid.

14         I do further certify that this deposition was

15  taken at the time and place in the foregoing caption

16  specified, and was completed without adjournment.

17          I do further certify that I am not a relative,

18  counsel or attorney of either party, or otherwise

19  interested in the event of this action.

20         IN WITNESS WHEREOF, I have hereunto set my hand

21  and affixed my seal of office, at Cleveland, Ohio, on

22  this 21st day of September, A.D. 2015.

23

        _____
24      Mary Bolas-Dietz, Court Reporter and
        Notary Public in and for the State of Ohio.
25      My commission expires November 25, 2016.