UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| TYNISHA WILLIAMS and SHAWN BEALER, both individually and on behalf of a class of others similarly situated, | : : : : : : |
| Plaintiffs, | : : |
| v. | : No. 1:09-CV-2991 |
| THE CITY OF CLEVELAND, | : The Honorable Benita Y. Pearson : |
| Defendant. | : : |

**PLAINTIFF TYNISHA WILLIAMS' NOTICE OF MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION**

**PLEASE TAKE NOTICE THAT**, upon the affirmation of Elmer Robert Keach, III, with Exhibits, and the Plaintiff's Memorandum of Law, the Plaintiff hereby moves this Court for Summary Judgment against the Defendant, and for an Order providing a Permanent Injunction enjoining the City of Cleveland from continuing to physically delouse detainees at the Cleveland Workhouse and from continuing to strip search detainees in groups in the absence of appropriate privacy partitions. In the alternative, the Plaintiff seeks a preliminary injunction ordering this same relief. All briefing in this matter must be filed pursuant to the Court's scheduling order.

The Plaintiff hereby seeks oral argument from the Court on this motion.

Respectfully Submitted By:

/s Elmer Robert Keach, III

Dated: November 9, 2015

Elmer Robert Keach, III, Esquire
Member of the Bar, USDC, ND Ohio
LAW OFFICES OF ELMER ROBERT

1

KEACH, III, PC
One Pine West Plaza
Suite 109
Albany, NY 12205
Telephone: 518.434.1718
Telecopier: 518.770.1558
Electronic Mail:
bobkeach@keachlawfirm.com

Nicholas Migliaccio, Esquire
MIGLIACCIO LAW FIRM, PLLC
438 16th Street SE
Washington, DC 20003
Telephone: 202.470.3520
Telecopier: 202.800.2730
Electronic Mail:
nmigliccio@classlawdc.com

D. Aaron Rihn, Esquire
ROBERT PEIRCE & ASSOCIATES, PC
2500 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Telephone: 412.281.7229
Telecopier: 412.281.4229
Electronic Mail:
arihn@peircelaw.com

Daniel Karon, Esquire
KARON LLP
700 West St. Clair Avenue
Suite 200
Cleveland, OH 44113
Telephone: 216.622.1851
Telecopier: 216.241.8175
Electronic Mail:
dkaron@karonllc.com

**ATTORNEYS FOR PLAINTIFF
TYNISHA WILLIAMS**