## COURSE INFORMATION AND INSTRUCTOR PREPARATION

**TITLE:** BODY SEARCHES

**UNIT:** 3

**TOPIC:** 5

**HOURS:** 4

**GOAL:** THE STUDENT WILL UNDERSTAND ASPECTS OF CLOTHED AND UNCLOTHED BODY SEARCHES

**TEACHING AIDS** (CHOOSE ALL THAT APPLY):

- \_\_\_\_\_ Chalkboard and chalk
- \_\_\_\_\_ Whiteboard and markers
- \_X\_ Computer and mouse
- \_X\_ Multi-media projector
- \_\_\_\_\_ Easel notepad
- \_\_\_\_\_ VCR/DVD player
- \_\_\_\_\_ TV
- \_X\_ Lectern or table

**INSTRUCTIONAL TECHNIQUES** (CHOOSE ALL THAT APPLY):

- \_X\_ Lecture
- \_X\_ Discussion
- \_\_\_\_\_ Individual exercise
- \_\_\_\_\_ Group work
- \_X\_ Scenario-based training
- \_\_\_\_\_ Hands-on techniques (i.e. driving, shooting, etc.)



OHIO PEACE OFFICER TRAINING COMMISSION

CORRECTIONS OFFICER BASIC TRAINING CURRICULUM
Body Searches 3-5
Effective January 1, 2009 – Version 4.0

Copyright © 2008, Attorney General of Ohio / OPOTC

- 1 -

## STRIP/BODY CAVITY SEARCH

A. Rules for Performing a Strip/Body Cavity Search

    **HANDOUTS #5-#9**

1. There is no list of rules from the Supreme Court or Appellate Court which gives a mandated list of rules

2. Based on several lawsuits on these kinds of cases, there are some general rules

   a. Should be done by officers of the same sex as the person being searched

   b. Officers of opposite sex should not be allowed in search room except in case of overriding need, such as security

       **HANDOUT #10, P. 4 OF 8 OF AELE ALERT**

   c. Search area should provide privacy from outside observation

      1. Modesty panels are inexpensive and effective

      2. Use of these panels demonstrate good faith of a department to conduct searches in a constitutional manner

       **DOCUMENT!!**

   d. Body cavity searches which include the actual, manual probing should be done by medical personnel, <u>except</u> in the most dire circumstances

   e. Searching personnel should ask the individual being searched if there are medical or other factors which could affect the search

      1. If these conditions exist, searching personnel must be very careful not to interfere

      2. Embarrassment of:

         a. Menstruating female

         b. Person with hemorrhoids

         c. Prostate problems

   f. Strip searches should never be done:

      1. Randomly

OHIO PEACE OFFICER TRAINING COMMISSION



CORRECTIONS OFFICER BASIC TRAINING CURRICULUM
Body Searches 3-5
Effective January 1, 2009 – Version 4.0

Copyright © 2008, Attorney General of Ohio / OPOTC

- 24 -