PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TYNISA WILLIAMS, *etc.*, | ) | |
| | ) | CASE NO. 1:09CV2991 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| THE CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant. | ) | **JUDGMENT ENTRY** |

Based on the Sixth Circuit's November 2, 2018 opinion and judgment, *Williams v. City of Cleveland*, 907 F.3d 924 (6th Cir.), *reh'g en banc denied* (6th Cir. Dec. 7, 2018), the Court vacates and sets aside all findings in favor of Plaintiff Tynisa Williams on her claims for declaratory and injunctive relief, as well as her Fourth Amendment claim, against Defendant City of Cleveland set forth in the Court's Memorandum of Opinion and Order (ECF No. 128) and Order Granting Permanent Injunction (ECF No. 134).

Summary judgment is hereby entered in favor of Defendant City of Cleveland against Plaintiff Tynisa Williams on all counts of the Second Amended Class Action Complaint (ECF No. 90). Final.

IT IS SO ORDERED.

| | |
|---|---|
| December 18, 2018 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |