# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

--------------------

No: 16-4237/17-3508

--------------------

Filed: December 17, 2018

TYNISA WILLIAMS, individually and on behalf of a class of others similarly situated,

      Plaintiff - Appellee

v.

CITY OF CLEVELAND

      Defendant - Appellant

1:09cv2991 - BYP

## MANDATE

Pursuant to the court's disposition that was filed 11/02/2018 the mandate for this case hereby issues today. Reversed and Remanded

COSTS:  None